DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone (415) 421-6140
Facsimile (415) 398-5030

Attorneys for Plaintiff
TransPerfect Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRANSPERFECT GLOBAL, INC., | CASE NO. 11-CV-04760 JSC |
|---|---|
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | |
| MOTIONPOINT CORPORATION, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | Before: Hon. Judge Jacqueline Scott Corley |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff TransPerfect Global, Inc. voluntarily dismisses without prejudice the above-captioned action against Defendant MotionPoint Corporation. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

NOTICE OF VOLUNTARY DISMISSAL

CASE NO. 11-CV-04760 JSC

| | | |
|---|---|---|
| 1 | Dated: October 14, 2011 | Kasowitz, Benson, Torres & Friedman LLP |
| 2 | | |
| 3 | | By: /s/ *Douglas E. Lumish* |
| | | Douglas E. Lumish |
| 4 | | Jeffrey G. Homrig |
| | | Joseph H. Lee |
| 5 | | Lawrence Okey Onyejekwe Jr. |
| | | Joseph B. Shear |
| 6 | | |
| | | Attorneys for Plaintiff |
| 7 | | TransPerfect Global, Inc. |

NOTICE OF VOLUNTARY DISMISSAL                              CASE NO. 11-CV-04760 JSC

# PROOF OF SERVICE

I declare that I am employed with the law firm of Kasowitz Benson Torres & Friedman LLP, whose address is 101 California Street Suite 2300, San Francisco, California 94111 (hereinafter "Kasowitz"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on October 14, 2011, I served a copy of:

## NOTICE OF VOLUNTARY DISMISSAL

☒ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through Kasowitz's electronic mail system to the email address(es) set forth in the service list below.

☐ **BY OVERNIGHT DELIVERY** by placing a true copy thereof enclosed in a sealed envelope with overnight delivery fees provided for, addressed as follows, for collection by Federal Express at Kasowitz in accordance with Kasowitz's ordinary business practices. I am readily familiar with Kasowitz's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Kasowitz's business practice the document(s) described above will be deposited by an employee or agent of Kasowitz in a box or other facility regularly maintained by Federal Express for collection on the same day that the document(s) are placed at Kasowitz.

☒ **BY MAIL (only as indicated below)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document was placed in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practice.

| | |
|---|---|
| Joel Mark Freed<br>Alexander Paul Ott<br>McDermott Will & Emery LLP<br>600 13th Street, N.W., 12th Floor<br>Washington, DC 20005<br>jfreed@mwe.com<br>aott@mwe.com | ☒ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |

Executed October 14, 2011 in San Francisco, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Elisabeth L. Egan